In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-15-00537-CV
_____

**GLEN CLARK NAYLOR JR., Appellant**

**V.**

**CHRISTY NAYLOR, Appellee**

_____

**On Appeal from the 279th District Court**
**Jefferson County, Texas**
**Trial Cause No. F-223,424**
_____

**MEMORANDUM OPINION**

The trial court signed a final decree of divorce on December 11, 2015. Glen Clark Naylor Jr. filed a notice of appeal but failed to file a brief. On July 12, 2016, we notified the parties that the brief had not been filed and warned the appellant that his failure to file a brief could result in a dismissal of the appeal for want of prosecution. Naylor requested additional time to file his brief and received a final extension. On August 23, 2016, we notified the parties that the brief had not been filed. On September 6, 2016, we notified the parties that the appeal would be

1

submitted to the Court on September 27, 2016, without briefs and without oral argument. *See* Tex. R. App. P. 39.8.

In the absence of a brief assigning error for appellate review, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 38.8(a)(1); Tex. R. App. P. 42.3(b).

APPEAL DISMISSED.

_____
CHARLES KREGER
Justice

Submitted on September 27, 2016
Opinion Delivered September 29, 2016

Before McKeithen, C.J., Kreger and Horton, JJ.